UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSE RAFAEL TINEO,

Petitioner,

v.

CONSTANCE REESE, Warden,

Respondent.

Civil No. 00-2773 (ADM/SRN)

ORDER

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, claiming that his conviction and sentence are unconstitutional in light of the Supreme Court's decision in Apprendi v. New Jersey, 120 S.Ct. 2348 (2000).

Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause and propriety of Petitioner's confinement, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

FILED JAN 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Absent compliance with this order within the 30-day time period, the Court will entertain a motion to grant the relief prayed for in the petition.

IT IS FURTHER ORDERED that upon the filing of Respondent's return, the parties shall await the further order of this Court.

Dated: January 3, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge